IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

---

Civil Action:           23-cv-01112-CNS-NRN         Date:  May 14, 2026
Courtroom Deputy:   Julie Dynes               Court Reporter: Sarah Mitchell

| *Parties* | *Counsel* |
|---|---|
| GAIL SVOBODA<br>**Plaintiff** | *Rebecca Bilello* |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY<br><br>**Defendant** | *Karl Chambers* |

---

### COURTROOM MINUTES

---

**ORAL ARGUMENT**

Court in Session:  1:30 p.m.

Appearances of counsel.

As outlined on the record, it is

**ORDERED:**   **[118] Defendant's Motion to Strike Plaintiff's 8th Supplemental Expert Disclosures is GRANTED in part and DENIED in part.**

               **Settlement Conference with the Magistrate Judge is authorized.**

Court in Recess:  1:49 p.m.       Hearing concluded.       Total time in Court:  00:19